BRIDGET BOYLE, as Administratrix of JOHN BOYLE, Deceased, Respondent, *v.* DEGNON-MCLEAN CONSTRUCTION COMPANY, Appellant.

*Boyle* v. *Degnon-McLean Cons. Co.,* 47 App. Div. 311, appeal dismissed.
(Argued June 4, 1900; decided June 12, 1900.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1900, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that the only question presented by the record is whether there is evidence supporting or tending to sustain a verdict not directed by the

court; that the Appellate Division has unanimously decided that there was such evidence, and that such decision is not reviewable by this court.

*Edmund D. Hennessy* for motion.

*George R. Malby, L. Sidney Carrère* and *Herbert C. Smyth* opposed.

Motion granted and appeal dismissed, with costs.